UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHELSEA RUTTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHT HORIZONS FAMILY SOLUTIONS, INC. d/b/a BRIGHT HORIZONS CHILDREN'S CENTERS, INC.,<br><br>Defendant. | Case No. 2:23-cv-00233<br><br>**DEFENDANT BRIGHT HORIZONS FAMILY SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCR 7.1, Defendant Bright Horizons Family Solutions, Inc. ("Bright Horizons"), by and through the undersigned counsel of record, hereby makes the following disclosures:

Bright Horizons Children's Centers LLC states that it is a wholly owned subsidiary of Bright Horizons LLC, which is held by a single member Delaware Limited Liability Company. That immediate parent entity, Bright Horizons LLC, is a single member Delaware Limited Liability Company, and therefore there is not a publicly traded company holding more than 10% of Bright Horizons Children's Centers LLC stock. The ultimate corporate parent of Bright Horizons Children's Centers LLC is Bright Horizons Family Solutions, Inc., a publicly traded company listed on the New York Stock Exchange under the ticker symbol "BFAM."

A supplemental disclosure statement will be filed upon any change in the information

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 1
CASE NO. 2:23-CV-00233

Littler Mendelson, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

provided herein.

Dated: February 21, 2023

      *s/ Derek Bishop*
      Derek Bishop, WSBA #39363
      debishop@littler.com

      *s/ Rebecca Schach*
      Rebecca Schach, WSBA #58018
      rschach@littler.com

      LITTLER MENDELSON, P.C.
      One Union Square
      600 University Street, Suite 3200
      Seattle, WA 98101.3122
      Telephone:   206.623.3300
      Facsimile:   206.447.6965

      Attorneys for Defendant

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 2

CASE NO. 2:23-CV-00233

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101. I hereby certify that on February 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following, and served a courtesy copy via Email to the email addresses of the persons set forth below:

**Attorneys for Plaintiff**

Beth E. Terrell, WSBA #26759
Toby J. Marshall, WSBA #32726
Elizabeth A. Adams, WSBA #49715
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th St., Suite 300
Seattle, WA 98103
Tel: 206-816-6608
Fax: 206-319-5450
bterrell@terrellmarshall.com
tmarshall@terrellmarshall.com
eadams@terrellmarshall.com

David Seligman, pro hac vice pending
Juno Turner, pro hac vice pending
Valerie Collins, pro hac vice pending
TOWARDS JUSTICE
P.O. Box 371680
PMB44465
Denver, CO 80237
Tel: 720-441-2236
david@towardsjustice.org
juno@towardsjustice.org
valerie@towardsjustice.org

I certify under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

Executed on February 21, 2023, at Seattle, Washington.

/s/ *Colette Pringle-Saunders*
Colette Pringle-Saunders
Cpsaunders@littler.com
**LITTLER MENDELSON, P.C.**

4863-7133-4725.1 / 050113-1085

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 3
CASE NO. 2:23-CV-00233

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300