The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHELSEA RUTTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHT HORIZONS FAMILY SOLUTIONS, INC. d/b/a BRIGHT HORIZONS CHILDREN'S CENTERS, INC.,<br><br>Defendant. | Case No. 2:23-cv-00233-TL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

This matter having come before the Court on Defendant Bright Horizons Children's Center LLC, (improperly named as Bright Horizons Family Solutions Inc. d/b/a Bright Horizons Children's Centers, Inc.) (hereinafter "Bright Horizons" or "Defendant") Motion to Dismiss ("Motion") and the Court having considered Defendant's Motion and supporting documents, Plaintiff's Opposition to Defendant's Motion and any supporting documents, and Defendant's Reply and any supporting documents, it is hereby ORDERED as follows:

Based on the foregoing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Dismiss is hereby **GRANTED**. Plaintiff Chelsea Rutter's claims in this matter are dismissed in their entirety and with prejudice.

//

//

[PROPOSED] ORDER GRANTING DEF'S MOTION TO DISMISS - 1
CASE NO. 2:23-CV-00233

Littler Mendelson, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

1  //

2      IT IS SO ORDERED.

3      DATED this _____ day of _____, 2023.

                                                _____
                                                THE HONORABLE TANA LIN

*Presented by:*

By: */s/ Derek A. Bishop*
    Derek A. Bishop, WSBA #39363
    debishop@littler.com
    Rebecca Schach, WSBA #58018
    rschach@littler.com
    LITTLER MENDELSON, P.C.
    One Union Square
    600 University Street, Suite 3200
    Seattle, WA 98101.3122
    Phone:   206.623.3300
    Fax:      206.447.6965

*Attorneys for Defendant*

[PROPOSED] ORDER GRANTING DEF'S MOTION TO DISMISS - 2
CASE NO. 2:23-CV-00233

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101. I hereby certify that on February 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff**

Beth E. Terrell, WSBA #26759
Toby J. Marshall, WSBA #32726
Elizabeth A. Adams, WSBA #49715
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th St., Suite 300
Seattle, WA 98103
Tel: 206-816-6608
Fax: 206-319-5450
bterrell@terrellmarshall.com
tmarshall@terrellmarshall.com
eadams@terrellmarshall.com

David Seligman, pro hac vice pending
Juno Turner, pro hac vice pending
Valerie Collins, pro hac vice pending
TOWARDS JUSTICE
P.O. Box 371680
PMB44465
Denver, CO 80237
Tel: 720-441-2236
david@towardsjustice.org
juno@towardsjustice.org
valerie@towardsjustice.org

I certify under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

Executed on February 28, 2023, at Seattle, Washington.

*/s/ Katie Angelikis*
Katie Angelikis
kangelikis@littler.com
**LITTLER MENDELSON, P.C.**

4881-6231-0483.1 / 050113-1085

[PROPOSED] ORDER GRANTING DEF'S MOTION TO DISMISS - 3
CASE NO. 2:23-CV-00233

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300