THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHELSEA RUTTER, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHT HORIZONS FAMILY SOLUTIONS, INC. d/b/a BRIGHT HORIZONS CHILDREN'S CENTERS, INC.,<br><br>Defendant. | NO. 2:23-cv-00233-TL<br><br>**STIPULATED MOTION TO EXTEND CASE DEADLINES**<br><br>**NOTED FOR CONSIDERATION:**<br>**July 24, 2023** |

## I.     STIPULATED MOTION

The parties, by and through counsel, stipulate and agree as follows:

1. On December 1, 2022, Plaintiff Chelsea Rutter filed this proposed class action in King County Superior Court. *See* ECF No. 1-1.

2. On February 21, 2023, Defendant Bright Horizons timely removed the case to this Court. ECF No. 1.

3. On February 28, 2023, Defendant filed a motion to dismiss. ECF No. 7. Plaintiff filed a response, ECF No. 11, and Defendant filed a reply, ECF No. 12. The motion was originally noted to be considered on March 24, 2023, and later renoted twice, with the motion ultimately being ready for consideration on April 7, 2023. *See* ECF Nos. 7, 9, & 10.

1    4.    The parties held a Rule 26(f) conference on March 21, 2023. *See* ECF No. 16. In that conference, the parties discussed a case schedule that assumed the motion to dismiss would be resolved within a few weeks of the noting date.

5.    On April 20, 2023, the parties filed their Joint Status Report. ECF No. 16. On the same date, Defendant formally objected to Plaintiff's first set of discovery requests, asserting the requests were premature and burdensome in light of the pending motion to dismiss Plaintiff's claims.

6.    On June 16, 2023, the Court entered a scheduling order, adopting the dates requested in the parties' Joint Status Report. ECF No. 20. In that order, the Court stated that "[d]iscovery responses are due twenty-one (21) days after the entry of an order on the pending Motion to Dismiss (Dkt. No. 7)." *Id.* at 2 n.1. The Court's order thus effectively stayed discovery until a ruling is issued on the motion to dismiss.

7.    As of the date of filing this stipulation, no ruling has been issued by the Court on the motion to dismiss. As a result, Defendant has not responded to discovery (aside from its objections that such discovery was premature) and has not produced any documents.

8.    Under the current case schedule, Plaintiff's motion for class certification is due to be filed on September 7, 2023. Good cause exists to extend this and all other case deadlines so that the parties have sufficient time to conduct discovery and prepare to brief class certification after the Court rules on the motion to dismiss.

9.    Because the parties cannot anticipate when the Court will rule on the motion to dismiss, the parties request that the Court strike all current case deadlines pending such ruling and order the parties to submit a new proposed case schedule within 14 days of the Court issuing a ruling on the motion.

10.    Alternatively, if the Court is not amenable to striking the case deadlines, the parties request that all case deadlines be extended by approximately 120 days, as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for filing amended pleadings | 8/11/2023 | 12/8/2023 |
| Plaintiff's Motion for Class Certification filed by | 9/7/2023 | 1/4/2024 |
| Defendant's Response to Plaintiff's Motion for Class Certification filed by | 9/29/2023 | 1/26/2024 |
| Plaintiff's Reply in Support of Motion for Class Certification filed by | 10/13/2023 | 2/9/2024 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 11/13/2023 | 3/11/2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 12/13/2023 | 4/10/2024 |
| All motions related t o discovery must be filed by | 12/13/2023 | 4/10/2024 |
| Discovery completed by | 1/10/2024 | 5/8/2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)) | 2/8/2024 | 6/6/2023 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 3/11/2024 | 7/8/2023 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | 4/11/2024 | 8/8/2024 |
| All motions in limine must be filed by | 5/6/2024 | 9/3/2024 |
| Agreed LCR 16.1 Pretrial Order due | 5/20/2024 | 9/16/2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to. | 5/24/2024 | 9/20.2024 |
| Pretrial Conference scheduled for 1:00 p.m. on | 5/31/2024 | 9/27/2024 |
| Jury Trial Set for 9:00 A.M. | 6/10/2024 | 10/7/2024 |

STIPULATED MOTION TO EXTEND CASE DEADLINES - 3
Case No. 2:23-cv-00233-TL

STIPULATED TO AND DATED this 24th day of July, 2023.

| TERRELL MARSHALL LAW GROUP PLLC | LITTLER MENDELSON, P.C. |
|---|---|
| By: /s/ Elizabeth A. Adams, WSBA #49175 | By: /s/ Derek Bishop, WSBA #39363 |
| Beth E. Terrell, WSBA #26759 | Derek Bishop, WSBA #39363 |
| Email: bterrell@terrellmarshall.com | Email: debishop@littler.com |
| Toby J. Marshall, WSBA #32726 | Rebecca Schach, WSBA #58018 |
| Email: tmarshall@terrellmarshall.com | Email: rschach@littler.com |
| Elizabeth A. Adams, WSBA #49715 | One Union Square |
| Email: eadams@terrellmarshall.com | 600 University Street, Suite 3200 |
| 936 North 34th Street, Suite 300 | Seattle, Washington 98101.3122 |
| Seattle, Washington 98103 | Telephone: (206) 623-3300 |
| Telephone: (206) 816-6608 | Facsimile: (206) 447-6965 |
| Facsimile: (206) 319-5450 | |
| | *Attorneys for Defendant* |
| David Seligman, *Admitted Pro Hac Vice* | |
| Email: david@towardsjustice.org | |
| Juno Turner, *Admitted Pro Hac Vice* | |
| Email: juno@towardsjustice.org | |
| Valerie Collins, *Admitted Pro Hac Vice* | |
| Email: valerie@towardsjustice.org | |
| TOWARDS JUSTICE | |
| PO Box 371680, PMB 44465 | |
| Denver, Colorado 80237-5680 | |
| Telephone: (720) 441-2236 | |

*Attorneys for Plaintiff and the Proposed Class*

1 **[PROPOSED] ORDER**

Based on the foregoing, IT IS SO ORDERED. The Court strikes the current case schedule and orders the parties to submit a new proposed schedule within 14 days of the Court's ruling on the motion to dismiss.

DATED: July 24, 2023

_____
Tana Lin
United States District Judge

STIPULATED MOTION TO EXTEND CASE DEADLINES - 5
Case No. 2:23-cv-00233-TL